**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MICHEL EMILIO FONTES DE FARIA,**<br>**Petitioner,**<br>**v.**<br>**LUIS SOTO, et al.,**<br>**Respondents.** | **Civil Action No. 26-10141 (RK)**<br><br>**ORDER** |

**IT IS** on this 16 day of September, 2026

**ORDERED** that the Petition at ECF No. 1 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and it is further

**ORDERED** that the temporary stay on transfer entered by the Court is **LIFTED**; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.

ROBERT KIRSCH
United States District Judge